IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER ALAN WHITED,** | ) | |
| Plaintiff, | ) | Civil Action No. 7:12cv00369 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **OFFICER FRITZ,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and the Clerk is directed to **STRIKE** this case from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 27th day of September, 2012.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE